```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

EMMANUEL ST. FLEUR,           )
        Petitioner,           )
                              )
     v.                       )  Civil Action No. 03-12318-RCL
                              )
JOHN ASHCROFT, et al.         )
        Respondents.          )
```

## MEMORANDUM AND ORDER OF TRANSFER

On October 31, 2003, petitioner filed this habeas action seeking to terminate removal proceedings based upon petitioner's claim of United States citizenship. For the reasons set forth below, this action will be transferred to the United States District Court for the Western District of Louisiana.

## DISCUSSION

Mr. Emmanuel St. Fleur is a native of Haiti and is currently detained in Oakdale, Louisiana by the Bureau of Immigration and Customs Enforcement of the Department of Homeland Security (formerly the INS[1]). On October 31, 2003, Mr. St. Fleur submitted the instant pleading seeking leave to

---

[1] The Immigration and Naturalization Service of the United States Department of Justice was "abolished" by section 471 of the Homeland Security Act of 2002, Pub. L. 107-296, tit. IV, subtits. D, E, F, 116 Stat. 2135, 2192 (Nov. 25, 2002) ("HSA"). Many of the enforcement functions of the former INS have been transferred to the Bureau of Immigration and Customs Enforcement of the Department of Homeland Security.

amend his original petition.[2]  Mr. St. Fleur's two earlier actions were transferred to this Court from the United States District Court for the Eastern District of New York and then subsequently transferred by this Court to the United States District Court for the Western District of Louisiana.  See St. Fleur v. Ashcroft, et al., C.A. No. 03-11451-RCL (Aug. 25, 2003 Order transferring action to W.D. La.); St. Fleur v. Immigration and Naturalization Service, C.A. No. 03-12009-RCL (Oct. 29, 2003 Order transferring action to W.D. La.).

Mr. St. Fleur's earlier actions were transferred to the United States District Court for the Western District of Louisiana because that district had personal jurisdiction over petitioner's legal custodian.  Because Mr. St. Fleur continues to be detained in Oakdale[3], Louisiana, the Court will transfer this action to the Western District of Louisiana.  See 28 U.S.C. § 1631 (stating that whenever a court finds that it lacks jurisdiction, it "shall, if it is in the interest of justice, transfer such action ... to any other such court in

---

[2]The Court notes that the first page of the pleading is a proposed order and it appears petitioner seeks leave to amend his earlier motion seeking to terminate removal proceedings based upon petitioner's claim of United States citizenship.

[3]A clerk of this Court contacted the Board of Immigration Appeals and was informed that a hearing has been scheduled before the Immigration Court in Oakdale, Louisiana for December 4, 2003.

which the action ... could have been brought").

ORDER

Based upon the foregoing, it is hereby ORDERED, that this action be TRANSFERRED to the United States District Court for the Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, Louisiana  71101 for the reasons stated above.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>28th</u> day of <u>November</u>, 2003.

<u>/s Reginald C. Lindsay</u>
REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE