

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

December 2, 2003

Clerk of Court
United States District Court for
 the Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, Louisiana  71101

RE:  Transfer from District of Massachusetts
     St. Fleur v. INS, C.A. No. 03-11825-RCL
     to Western District of Louisiana

Dear Clerk,

This Court, by the Order dated October 29, 2003, has transferred the above-referenced civil action to your district.  Enclosed please find the original case file and a certified copy of the docket sheet.

Please acknowledge receipt of this case file on the enclosed copy of this letter along with noting your new file number.  Thank you.

Sincerely,

TONY ANASTAS, CLERK

By: _____
    Pro Se Intake Clerk

cc:  Mr. Emmanuel St. Fleur

Civil Action Number: _____
United States District Court for
the Western District of Louisiana