

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

FILED
IN CLERKS OFFICE
2003 DEC 22 P 12: 55

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
DEC 15 2003
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

SEC P

U.S. DISTRICT COURT
DISTRICT OF MASS.
December 2, 2003

CV03-2285 LC

JUDGE TRIMBLE

MAGISTRATE JUDGE WILSON

Clerk of Court
United States District Court for
the Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, Louisiana  71101

RE:  Transfer from District of Massachusetts
     <u>St. Fleur v. INS</u>, C.A. No. 03-12318-RCL
     to Western District of Louisiana

ON

Dear Clerk,

This Court, by the Order dated October 29, 2003, has transferred the above-referenced civil action to your district. Enclosed please find the original case file and a certified copy of the docket sheet.

Please acknowledge receipt of this case file on the enclosed copy of this letter along with noting your new file number. Thank you.

                              Sincerely,

                              TONY ANASTAS, CLERK

                              By: _____
                              Pro Se Intake Clerk

cc:  Mr. Emmanuel St. Fleur

                              Civil Action Number: _____
                              United States District Court for
                              the Western District of Louisiana